## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Natalie S. Finch and David L.
Paul, on behalf of themselves
and all others similarly situated,

        Plaintiffs,

            **ORDER**
v.               Civil No. 06-296 ADM/RLE

Unum Life Insurance Company
of America,

        Defendant.

_____

John J. Curi, Esq., Curi Law Office, Minneapolis, MN, on behalf of Plaintiff David L. Paul.

Terrance J. Wagener, Esq., Krass Monroe, P.A., Minneapolis, MN, on behalf of Defendant.
_____

On May 9, 2007, oral argument before the undersigned United States District Judge was heard on Defendant Unum Life Insurance Company of America's Motion for Summary Judgment [Docket No. 79]. For the reasons stated at oral argument, Defendant's Motion is **GRANTED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

                                                                    BY THE COURT:


                                                                     s/Ann D. Montgomery
                                                                   ANN D. MONTGOMERY
                                                                   U.S. DISTRICT JUDGE

Dated: May 9, 2007.